| | |
|---|---|
| SUPER PERFECT INVESTMENTS LTD, <br><br> Petitioner. <br><br> -against- <br><br> AGROINVESTBANK OPEN JOINT STOCK COMPANY, <br><br> Respondent. | Case No. 20-cv-05552-JMF <br><br> **<u>AFFIRMATION OF SERVICE</u>** |

I, Tara J. Plochocki, affirm that I electronically served copies of the following documents upon representatives of Respondent Agroinvestbank OJSC by sending two e-mails on July 30, 2020 (true and correct copies of the emails are attached as Exhibit 1), at the e-mail addresses bkuvvatov@agroinvestbank.tj, shzabirov@agroinvestbank.tj, and info@agroinvestbank.tj which Petitioner has been using to correspond with Respondent in connection with its claim and efforts to satisfy its arbitration award. In addition to attaching the documents, I also uploaded the documents to a fileshare site, and provided Respondent with the information necessary to download them, in case the attachments failed to send.

The documents served were:

1. The Petition to Recognize and Enforce Arbitration Award (Dkt. No. 1) and a certified translation into Tajik of the same (attached as Exhibit 2);

2. The Notice of Petition for Recognition and Enforcement of a Foreign Arbitration Award (Dkt. No. 3) and a certified translation into Tajik of the same (attached as Exhibit 3);

3. The Federal Rule of Civil Procedure Rule 7.1 Corporate Disclosure Statement (Dkt. No. 4), and a certified translation into Tajik of the same (attached as Exhibit 4);

4. The Declaration of Mr. Alois Schonberger (Dkt. No. 5), a certified translation into Tajik of the same, and the exhibits to the same (Dkt. Nos. 5-1 to 5-15) (attached as Exhibit 5);

5. The Memorandum of Law in Support of Petition to Recognize and Enforce Arbitration Award (Dkt. No. 6), and a certified translation into Tajik of the same (attached as Exhibit 6);

6. The Court's July 20, 2020 Order (Dkt. No. 7) (attached as Exhibit 7);

7. The Summons in a Civil Action (Dkt. No. 9), and a certified translation into Tajik of the same (attached as Exhibit 8); and

8. The Court's July 24, 2020 Memo Endorsement regarding service (Dkt. No. 11) (attached as Exhibit 9).

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2020

s/ Tara J. Plochocki
Tara J. Plochocki
LEWIS BAACH KAUFMANN
MIDDLEMISS pllc
Chrysler Building
405 Lexington Ave, 64th Floor
New York, New York. 10174