**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SUPER PERFECT INVESTMENTS LTD,
                         Petitioner,

         -against-

AGROINVESTBANK OPEN JOINT STOCK COMPANY,
                         Respondent.
-------------------------------------------------------------X

20 **CIVIL** 5552 (JMF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 25, 2020, that the Petitioner's unopposed Petition is hereby GRANTED, and the Award is hereby confirmed, recognized, and will be enforced under Section 9 of the Federal Arbitration Act and Article IV of the Convention on Recognition and Enforcement of Foreign Arbitral Awards. It is further ORDERED that, pursuant to the Award, Respondent shall pay Petitioner:

(1) $11,000,000.00 representing damages (the "Damages") pursuant to the Award;

(2) $12,867,288.12 representing interest on the Damages pursuant to Award, comprising:

    (a) $11,880,000, representing interest on the Damages at 18% per annum between February 25, 2014 and February 25, 2020; and

    (b) $987,288.12 representing interest on the Damages at 18% per annum between February 25, 2020 and August 24, 2020;

(3) $193,394.00 representing costs for the arbitral proceedings in Switzerland; and

(4) $546,274.57 representing legal costs and other expenses incurred in relation to the arbitral proceedings in Switzerland.

The Court declines at this time to award Petitioner fees and costs for *this* proceeding, as Petitioner fails to identify the basis for such an award and fails to submit any documentation

in support of such an award. If Petitioner wishes to pursue the matter, it may renew the request for fees and costs — citing appropriate authority for such an award, submitting contemporaneous billing records in support of such an award, and justifying counsel's hourly rates — no later than **September 1, 2020**.

Finally, it is further ORDERED that this Court shall retain jurisdiction over this action for any further proceedings as necessary to enforce the Award; accordingly, this case is closed**.**

**Dated**: New York, New York
      August 25, 2020

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**
**BY:**        _____
                                     **Deputy Clerk**